Christopher Gary Baylor v. The Florida Klu Klux Klan for the Traditionalist Americans, et al., Docket No.: 23-13250-B; L.T. Case No.: 6:23-cv-748- CEM-EJK

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CHRISTOPHER GARY BAYLOR,

    Appellant,

v.

THE FLORIDA KU KLUX CLAN
FOR THE TRADITIONALIST
AMERICANS, ET AL.,

    Appellees.
_____/

Case No.: 23-13250-B
L.T. Case No.: 6:23-cv-748- CEM-EJK

**STATE APPELLEES' NOTICE OF MOTION
<u>MOOTED BY DISMISSAL OF THIS APPEAL TO BE RENEWED</u>**

Appellees, Charles T. Canady, Ricky Polston, Jamie R. Grosshans, Jorge Labarga, John D. Couriel, Brian D. Lambert, F. Rand Wallis, James A. Edwards, Eric J. Eisnaugle, John M. Harris, Robert J. Morris, Jr., Craig C. Villanti, Suzanne Y. Labrit, Daniel H. Sleet, Anthony K. Black, Patricia J. Kelly, D. Curtis Jacobus, John A. Tomasino, Mark Clayton, Sandra B. Williams, and Mary Beth Kuenzel (collectively the "State Appellees"), pursuant to FRAP 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement.

    1.    The name of each trial judge, attorney, person, association of persons, firm, law firm, partnership, or corporation that has or may have an interest in the

Christopher Gary Baylor v. The Florida Klu Klux Klan for the Traditionalist Americans, et al., Docket No.: 23-13250-B; L.T. Case No.: 6:23-cv-748- CEM-EJK

outcome of this case or appeal – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-held companies that owns 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- A.B.B. (minor daughter of Ayano Eto and Christopher Gary Baylor)
- Baylor, Christopher Gary (Plaintiff, Appellant & Father of A.B.B.)
- Black, Anthony K., Judge, Second District Court of Appeal of Florida
- Canady, Charles T., Justice, Florida Supreme Court
- Clayton, Mark, Chief Deputy Clerk, Florida Supreme Court
- Couriel, John D., Justice, Florida Supreme Court
- Edwards, James A., Judge, Fifth District Court of Appeal of Florida
- Eisnaugle, Eric J., Judge, Fifth District Court of Appeal of Florida
- Eto, Ayano (mother of A.B.B.)
- Fifth District Court of Appeal of Florida
- Florida Supreme Court
- Grosshans, Jamie R., Justice, Florida Supreme Court
- Harris, John M., Judge, Fifth District Court of Appeal of Florida
- Jacobus, D. Curtis, Circuit Judge, Volusia County Circuit Court, Eighteenth Judicial Circuit, State of Florida
- Kelly, Patricia J., Judge, Second District Court of Appeal of Florida

Christopher Gary Baylor v. The Florida Klu Klux Klan for the Traditionalist Americans, et al., Docket No.: 23-13250-B; L.T. Case No.: 6:23-cv-748- CEM-EJK

- Kidd, Embry J., U.S. Magistrate Judge, United States District Court, Middle District of Florida, Orlando Division

- Kuenzel, Mary Beth, Clerk of Court, Second District Court of Appeal of Florida

- Labarga, Jorge, Justice, Florida Supreme Court

- Labrit, Suzanne Y., Second District Court of Appeal of Florida

- Lambert, Brian D., Judge, Fifth District Court of Appeal of Florida

- Mendoza, Carlos E., U.S. District Judge, United States District Court, Middle District of Florida, Orlando Division

- Morris, Robert J., Jr., Judge, Second District Court of Appeal of Florida

- Olivella, Miguel A., Jr., Special Counsel, Office of the Attorney General, State of Florida

- Polston, Ricky, Justice, Florida Supreme Court

- Schreiber, Charles J. F., Jr., Senior Assistant Attorney General, Office of the Attorney General, State of Florida

- Second District Court of Appeal of Florida

- Sleet, Daniel H., Chief Judge, Second District Court of Appeal of Florida

- The Florida Ku Klux Clan for The Traditionalist Americans, United Northern and Southern Knights Chapter, and Ladies of The Invisible Empire (note: do not appear to be legal entities in the State of Florida)

- Tomasino, John A., Clerk of Court, Florida Supreme Court

- Villanti, Craig C., Judge, Second District Court of Appeal of Florida

Christopher Gary Baylor v. The Florida Klu Klux Klan for the Traditionalist Americans, et al., Docket No.: 23-13250-B; L.T. Case No.: 6:23-cv-748- CEM-EJK

- Volusia County Circuit Court, Eighteenth Judicial Circuit, State of Florida

- Wallis, F. Rand, Judge, Fifth District Court of Appeal of Florida

- Williams, Sandra B., Clerk of Court, Fifth District Court of Appeal of Florida

2.  The name of any parent corporation and any publicly held corporation owning 10% or more of its stock:   None known.

I HEREBY CERTIFY that I am unaware of any actual or potential conflict of interest involving any U.S. Circuit Judge, U.S. district judge, U.S. magistrate judge, Florida circuit judge, or Florida appellate judge assigned to this or any related federal or state cases or appeals and will immediately notify the Court in writing upon learning of any such conflict.

### 26.1-3(b) CERTIFICATE

I HEREBY CERTIFY that I am unaware of any publicly traded company or corporation having an interest in the outcome of this case or appeal.

*/s/ Charles J. F. Schreiber, Jr.*
Charles J. F. Schreiber, Jr.

State Appellees hereby notify the Clerk of this Court that consideration by the Court of State Appellees' Motion to Dismiss this Appeal for Lack of Jurisdiction [Doc. 6] should be renewed following dismissal and reinstatement of this Appeal.

Christopher Gary Baylor v. The Florida Klu Klux Klan for the Traditionalist Americans, et al., Docket No.: 23-13250-B; L.T. Case No.: 6:23-cv-748- CEM-EJK

                Respectfully Submitted,
                **ASHLEY MOODY**
                **ATTORNEY GENERAL**

                */s/ Charles J. F. Schreiber, Jr.*
                Charles J. F. Schreiber, Jr.
                Senior Assistant Attorney General
                Fla. Bar No.: 0843075
                charles.schreiber@myfloridalegal.com

                Office of the Attorney General
                Civil Litigation Division – Complex Litigation
                The Capitol PL-01
                Tallahassee, Florida 32399-1050
                Telephone:     (850) 414-3300
                Telefacsimile: (850) 488-4872
                Attorneys for State Appellees Charles T. Canady, Ricky Polston, Jamie R. Grosshans, Jorge Labarga, John D. Couriel, Brian D. Lambert, F. Rand Wallis, James A. Edwards, Eric J. Eisnaugle, John M. Harris, Robert J. Morris, Jr., Craig C. Villanti, Suzanne Y. Labrit, Daniel H. Sleet, Anthony K. Black, Patricia J. Kelly, D. Curtis Jacobus, John A. Tomasino, Mark Clayton, Sandra B. Williams, and Mary Beth Kuenzel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished this 4th day of January 2024, via U.S. Mail and e-mail to:

 Christopher Gary Baylor, Appellant, *pro se*
 3206 South Hopkins Avenue, Suite 43
 Titusville, Florida 32780-5667
 cbaylor@aafa-law.org

                                */s/ Charles J. F. Schreiber, Jr.*
                                Charles J. F. Schreiber, Jr.